IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT
OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR COMPANY, INC.,<br><br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-80246<br><br>Joint Administration Requested |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR LAYNE AND EMILY KAY IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA

**COMES NOW,** Justin D. Heideman, counsel for Layne Kay and Emily Kay (collectively, the "Defendants") in the above-captioned chapter 11 cases, and moves this Court (this "Motion") to permit Justin D. Heideman to appear and participate in these cases on a *pro hac vice* basis to represent the Defendants, Láyne and Emily Kay. In support of this Motion, the undersigned states as follows:

1. I am a member in good standing of the bar of The State of Utah, and I am counsel of record for the Defendants.

2. Mr. Heideman's bar number is 8897.

3. Mr. Heideman declares and certifies that he is a member in good standing of the bar of Utah, and is admitted to practice before the Supreme Court of Utah, The Federal

District Courts of Utah, the United States Supreme Court, and Federal Court of Claims. A Certificate of Good Standing from the Utah State Bar is attached hereto as Exhibit A.

4. Justin D. Heideman certifies that no disciplinary actions are pending against him and no disciplinary action has been taken against him in the past.

**WHEREFORE,** the undersigned respectfully request that this Court grant this Motion and admit attorney Justin D. Heideman to practice before this Court on a *pro hac vice* basis in the above captioned case.

Dated this the 15th day of August 2022.

**HEIDEMAN & ASSOCIATES**
*/s/ Justin D. Heideman* (*pro hac vice* admission pending)
2696 N. University Avenue, Suite 180
Provo, Utah 84604
Telephone: (801)472-7742
Email: jheideman@heidlaw.com
*Proposed Attorney for Layne & Emily Kay*

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

*This document expires 60 days from the date of issuance*

Issued on 8/10/2022

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Justin D Heideman

This is to certify that Justin D Heideman, Utah State Bar No. 8897 was admitted to practice law in Utah on 10/18/2000.

Justin D Heideman is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Nancy J. Sylvester
General Counsel
Utah State Bar

No. 2022-1006029

verify by email at cogsrequest@utahbar.org